# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 19-CR-10079-RWZ |
| | ) |
| | ) Violations: |
| v. | ) |
| | ) Count One: Racketeering Conspiracy |
| JOHN VANDEMOER, | ) (18 U.S.C. § 1962(d)) |
| | ) |
| Defendant. | ) |
| | ) |

## WAIVER OF INDICTMENT

I, John Vandemoer, the above-named defendant, who is accused of conspiracy to commit racketeering, being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on March 12, 2019 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
John Vandemoer
Defendant

_____
Robert Fisher
Attorney for Defendant

Before: _____
RYA W. ZOBEL
United States District Judge

3/12/19