**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN VANDEMOER | No. 1:19-cr-10079-RWZ |

**DEFENDANT JOHN VANDEMOER'S UNOPPOSED**
**MOTION TO MODIFY PRETRIAL CONDITIONS TO**
**ALLOW A CHANGE OF RESIDENCE**

Defendant John Vandemoer respectfully requests this Court modify his conditions of pretrial release to allow him to move from one address in the Northern District of California to another in the same district. Mr. Vandemoer has alerted U.S. Probation of the impending move, the reasons for it, and the location of the new residence. U.S. Probation has informed counsel that they do not object to the move.

    Respectfully submitted,

    JOHN VANDEMOER

    By his attorneys,

    */s/ R. Scott Seitz*
    Robert A. Fisher (BBO No. 652602)
    R. Scott Seitz (BBO No. 696658)
    NIXON PEABODY LLP
    53 State Street
    Boston, MA 02109
    617-345-1000
    rfisher@nixonpeabody.com
    sseitz@nixonpeabody.com

Dated: April 16, 2019

## LOCAL RULE 7.1(A)(2) CERTIFICATION

     I hereby certify that I conferred with counsel for the government in an attempt to resolve or narrow the issues raised by this motion and the government has notified me that it does not oppose the motion.

                                                         */s/ R. Scott Seitz*
                                                         R. Scott Seitz

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on April 16, 2019, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                                                         */s/ R. Scott Seitz*
                                                         R. Scott Seitz