# STANFORD
## UNIVERSITY

**OFFICE OF THE GENERAL COUNSEL**
Debra L. Zumwalt
Vice President and General Counsel



Telephone (650) 723-6397
Facsimile (650) 723-4323
zumwalt@stanford.edu

June 10, 2019

**Via ECF**

The Honorable Rya W. Zobel
Senior United States District Court Judge
United States District Court
District of Massachusetts (Boston)
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: *United States v. Vandemoer*, Case No. 1:19-cr-10079-RWZ-1

Your Honor:

      This victim impact statement is respectfully submitted on behalf of Stanford University ("Stanford") in connection with the sentencing of former Stanford Sailing Team Coach John Vandemoer, scheduled for June 12, 2019. Stanford terminated Mr. Vandemoer's employment on March 12, 2019, the day he pleaded guilty to federal criminal charges relating to his subversion of Stanford's admissions process with consultant Rick Singer.

      Stanford's rigorous, holistic admissions process is vital to its mission and reputation and it is dependent on the veracity of the information submitted by and on behalf of the applicants. Mr. Singer and Mr. Vandemoer attempted to undermine Stanford's admissions process by providing recommendations for certain students as recruited athletes for the sailing team based on fabricated athletic abilities in return for donations to the sailing team. Their actions undermined public confidence in the college admissions system and reflected negatively on Stanford and its hard-working, honest student-athletes. Mr. Vandemoer's conduct also was wholly antithetical to Stanford's core values. All members of our community are required to conduct themselves with the "utmost honesty, accuracy and fairness" and to uphold the "high ethical standards" of the university.[1] Mr. Vandemoer's actions in this matter are profoundly disappointing and especially so as he had a reputation of caring deeply about his student-athletes.

      In addition, Stanford has incurred significant out-of-pocket costs in addressing this matter, as well as time and diversion from the University's core academic activities. While no applicants to Stanford were actually admitted through this scheme, in the course of our

---

[1] Stanford Code of Conduct, Administrative Guide 1.1.1 at <https://adminguide.stanford.edu/chapter-1/subchapter-1/policy-1-1-1>.

The Honorable Rya W. Zobel
June 10, 2019
Page 2

investigation we identified one student who was working with Mr. Singer and Mr. Vandemoer who submitted false information during the application process. Stanford rescinded that student's admission and the credits earned at the University.

Although Mr. Vandemoer's conduct resulted in donations to the Stanford sailing team, Stanford views those funds as tainted and is in discussions with the California Attorney General about an appropriate way for those funds to be used for the public good. Stanford does not wish to benefit in any way from Mr. Vandemoer's conduct.

Stanford also recognizes that Mr. Vandemoer took responsibility for his actions early in the criminal process and that he did not personally receive any payment from the scheme.

Stanford takes no position regarding any specific sentence that this Court may impose.

Thank you for your consideration.

Respectfully submitted,

Debra L. Zumwalt
Vice President and General Counsel

cc:    AUSA Eric Rosen
       Maria Galeno and Jacob Sorensen, Pillsbury Winthrop (counsel for Stanford University)

10219615.1