UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:19-CR-10079-001-RWZ |
| ) | |
| JOHN VANDEMOER ) | |
|       Defendant. ) | |

## SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, John Vandemoer, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

                                                      Respectfully submitted,

                                                      UNITED STATES OF AMERICA
                                                      By its attorneys

                                                      ANDREW E. LELLING
                                                      United States Attorney

                  By:    /s/ Carol E. Head
                          CAROL E. HEAD, BBO# 652170
                          Assistant United States Attorney
                          1 Courthouse Way, Suite 9200
                          Boston, MA 02210
                          Tel. No. (617) 748-3213
                          Carol.Head@usdoj.gov

Date: September 23, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2019, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to John Vandemoer, care of his counsel of record Robert A. Fisher, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110.

                                                      /s/ Carol E. Head
                                                      CAROL E. HEAD
                                                      Assistant U.S. Attorney